UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| NATASHA M., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cv-00252-JRS-DLP ) |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) |
| Defendant. | ) ) |

## Final Judgment

The Administrative Law Judge's decision that Natasha M. was not disabled during the relevant time period is **AFFIRMED**. This is a final judgment entered under Fed. R. Civ. P. 58.

Date: 9/2/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Lindsay Beyer Payne
SOCIAL SECURITY ADMINISTRATION
lindsay.payne@ssa.gov

Catherine Seagle
SOCIAL SECURITY ADMINISTRATION
catherine.seagle@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Adriana Maria de la Torre
THE DE LA TORRE LAW OFFICE LLC
adriana@dltlawoffice.com